UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DONNA WEBSTER-CATO,
             Plaintiff,

v.

LIBERTY COCA-COLA BEVERAGES LLC,
             Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 10968 (VB)

    Defendant's motion to dismiss the amended complaint pursuant to Rule 12(b)(6) (Doc. #30) is DENIED.

    A case management conference is scheduled for **April 7, 2022, at 3:00 p.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision. This conference will also serve as an initial conference in this matter, for which the Court will separately issue a Notice of Initial Conference. The conference will take place in Courtroom 620 at the White Plains courthouse.

    Defendant shall file its answer by March 21, 2022.

    The Clerk is instructed to terminate the motion. (Doc. #30).

Dated: March 7, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge