USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DONNA WEBSTER-CATO,
          Plaintiff,

v.

LIBERTY COCA-COLA BEVERAGES LLC,
          Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 10968 (VB)

      The Court has been advised the parties reached a settlement in this case. (Doc. #79). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than July 29, 2024. To be clear, any application to restore the action must be filed by July 29, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines and scheduled court appearances are cancelled, and any pending motions are moot.

      The Clerk is instructed to close the case.

Dated: May 29, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge